**SO ORDERED.**

**The Clerk will close this file.**

**Dated: June 12, 2006**



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| ROBERT FRANCIS ALEXANDER, | Case No. 04-05702-GBN |
| Debtor. | |
| DAVID J. MILLER, | Adversary Proceeding No. 05-00182-GBN |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| ROBERT FRANCIS ALEXANDER, | |
| Defendant. | |

IT IS ORDERED that the judgment rendered by the court in the above-entitled action on June 9, 2006, in favor of DAVID J. MILLER be entered as a final judgment and the clerk is directed to enter such judgment forthwith.

David J. Miller hereby is awarded judgment against the Debtor, Robert Francis Alexander in the amount of $21,351,025.09 and prejudgment interest (the "Non-Dischargeable Debt"), which Non-Dischargeable Debt shall be, and hereby is, excepted from discharge as a debt incurred by fraud, false pretenses, embezzlement, willful and malicious conduct, and by defalcation while acting in a fiduciary capacity.

1       Pursuant to Federal Rule of Civil Procedure 54(b), it is expressly determined by
2 this court that there is no just reason for delay in the entry of this judgment until final
3 determination of all the issues involved in the above-entitled action.

4

5       DATED _____.

6

7       _____
      HONORABLE GEORGE B. NIELSEN JR
      United States Bankruptcy Judge

**GRANTED**